**AKIN GUMP STRAUSS HAUER & FELD LLP**
MICHAEL J. STORTZ (SBN 139396)
mstortz@akingump.com
580 California Street, Suite 1500
San Francisco, CA 94104
Telephone: (415) 765-9500
Facsimile: (415) 765-9501

MICHAEL W. McTIGUE JR. (*Pro Hac Vice*)
mmctigue@akingump.com
MEREDITH C. SLAWE (*Pro Hac Vice*)
mslawe@akingump.com
Two Commerce Square
2001 Market Street, Suite 4100
Philadelphia, PA 19103
Telephone: (215) 965-1200
Facsimile: (215) 965-1210

Attorneys for Defendant
FREEDOM MORTGAGE CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NERI URBINA and LEONILA URBINA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FREEDOM MORTGAGE CORPORATION,<br><br>Defendants. | Case No. 1:19-cv-01471-LJO-JLT<br><br>**STIPULATION AND ORDER TO CONTINUE MOTION HEARING** |

Pursuant to Federal Rule of Civil Procedure 6 and Local Rules 143 and 144, Defendant Freedom Mortgage Corporation ("Defendant") and Plaintiffs Neri and Leonila Urbina ("Plaintiffs"), through their counsel of record, stipulate to continue the hearing for Defendant's pending Motion to Dismiss ("Motion Hearing"), based on the following facts and circumstances:

1. On November 15, 2019, Defendant filed a Notice of Motion and Motion to Dismiss. *See* Dkt. No. 20.

2. The Motion Hearing is currently scheduled for December 17, 2019, at 8:30 a.m. in Courtroom 4 before Chief Judge Lawrence J. O'Neill. *See id.*

3. The parties have not previously requested a continuance of the Motion Hearing.

4. Counsel for the parties have conferred and have agreed to a continuance of the Motion Hearing and now respectfully request that this Court continue the Motion Hearing to Wednesday, January 22, 2019, at 8:30 a.m. in Courtroom 4 of this Court.

Dated: November 21, 2019

Respectfully submitted,

AKIN GUMP STRAUSS HAUER & FELD LLP

By: */s/ Michael J. Stortz*
    Michael J. Stortz

Attorneys for Defendant
FREEDOM MORTGAGE CORPORATION

Dated: November 21, 2019

CARNEY BATES & PULLIAM PLLC

By: */s/ Hank Bates*
    Hank Bates

Attorneys for Plaintiffs

IT IS SO ORDERED.

Dated: **November 21, 2019**        **/s/ Lawrence J. O'Neill**
                                                      UNITED STATES CHIEF DISTRICT JUDGE