UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NERI URBINA and LEONILA URBINA on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FREEDOM MORTGAGE CORPORATION,<br><br>Defendant | No. 1:19-cv-01471-NONE-JLT<br><br>ORDER DECLINING TO APPROVE STIPULATION TO LIMITED CONSENT TO MAGISTRATE JUDGE JURISDICTION FOR PURPOSES HEARING AND DECIDING PENDING MOTIONS ONLY<br><br>(Doc. No. 40) |

On February 21, 2020, the parties to the above-captioned action filed a stipulation indicating their consent to have the assigned magistrate judge hear and decide defendant's ripe motions to dismiss and to stay, (Doc. Nos. 20 & 23), and plaintiffs' ripe motion for leave to amend, (Doc. No. 25). (*See* Doc. No. 40.) However, the parties have not yet consented to the magistrate judge for all purposes pursuant to 28 U.S.C. § 636(c).

While the court appreciates the parties' willingness to ease court congestion, it declines to approve and accept their stipulation for limited consent to magistrate judge jurisdiction because the proposal does not appear to advance the interests of judicial efficiency. It is normally most efficient for the judge[1] who hears and decides any dispositive motions, to also preside over the

---

[1] Although this case has been "unassigned" and therefore does not formally have a district judge assigned to the matter, unless and until new judges are appointed and confirmed to this bench, the

1

trial of the action.  This is because, in the undersigned's experience, legal and factual issues raised in such motions frequently come up again at, before, or immediately after trial.

Accordingly, the court declines to accept the parties' proposed limited consent to magistrate judge jurisdiction for purposes of ruling on the pending motions.  This decision is without prejudice to the parties making a specific showing of good cause as to why they believe limited consent to magistrate judge jurisdiction for purposes of a particular motion should be accepted in their case.  Of course, the parties are also quite welcome to consent to magistrate judge jurisdiction pursuant to 28 U.S.C. § 636(c)(1) for <u>all</u> purposes including trial and entry of judgment.  Such consent to magistrate judge jurisdiction would change the judicial efficiency calculus laid out above and would almost certainly be approved and accepted.

The pending motions remain under submission on the papers pursuant to Local Rule 230(g).  A written decision will issue as soon as is practicable.

IT IS SO ORDERED.

Dated: __**March 12, 2020**__  _____
UNITED STATES DISTRICT JUDGE

---

undersigned will be presiding over any dispositive motion or trial set in this case.