Hank Bates (SBN 167688)
hbates@cbplaw.com
Randall K. Pulliam (*Pro Hac Vice*)
rpulliam@cbplaw.com
Lee Lowther (*Pro Hac Vice*)
llowther@cbplaw.com
**CARNEY BATES & PULLIAM, PLLC**
519 W. 7th Street
Little Rock, AR 72201
Tel. 501-312-8500
Fax 501-312-8505

Robert G. Kuhs
(SBN 160291)
rgkuhs@kuhsparkerlaw.com
**KUHS & PARKER**
1200 Truxtun Avenue, Suite 200
Bakersfield, CA 93301
Tel. (661) 322-4004
Fax (661) 322-2906

James L. Kauffman (*Pro Hac Vice*)
jkauffman@baileyglasser.com
**BAILEY & GLASSER, LLP**
1055 Thomas Jefferson Street, Suite 540
Washington, DC 20007
Tel. (202) 463-2101

Elizabeth Ryan (*Pro Hac Vice*)
eryan@baileyglasser.com
**BAILEY & GLASSER, LLP**
99 High Street, Suite 304
Boston, MA 02110
Tel. (617) 439-6730

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NERI URBINA and LEONILA URBINA on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs,<br>v.<br><br>FREEDOM MORTGAGE CORPORATION,<br><br>            Defendant. | No. 1:19-cv-01471-NONE-JLT<br><br>**STIPULATION AND ORDER RE-NOTICING DEFENDANT FREEDOM MORTGAGE CORPORATION'S MOTION TO DISMISS** |

Pursuant to Local Rules 144 and 230(f), the parties present the Court for approval their stipulation re-noticing the date of Defendant Freedom Mortgage Corporation's pending Motion to Dismiss, (ECF No. 62), from January 22, 2021, to March 23, 2021.

Counsel for Plaintiffs has conferred with counsel for Defendant and is authorized to represent that Defendant agrees with the request.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

Dated: January 6, 2021

CARNEY BATES & PULLIAM PLLC

By: */s/ Lee Lowther*
Lee Lowther

Attorneys for Plaintiffs

Dated: January 6, 2021

COZEN O'CONNOR

By:*/s/ Michael w. McTigue Jr.*
Michael W. McTigue Jr.

Attorneys for Defendant
FREEDOM MORTGAGE CORPORATION

**PURSUANT TO STIPULATION**

IT IS SO ORDERED.

Dated:   **January 6, 2021**

_____
UNITED STATES DISTRICT JUDGE

STIPULATION TO RE-NOTICE
MOTION TO DISMISS                    CASE NO. 1:19-cv-01471-NONE-JLT