Hank Bates (SBN 167688)
hbates@cbplaw.com
Randall K. Pulliam (*Pro Hac Vice*)
rpulliam@cbplaw.com
Lee Lowther (*Pro Hac Vice*)
llowther@cbplaw.com
**CARNEY BATES & PULLIAM, PLLC**
519 W. 7th Street
Little Rock, AR 72201
Tel. 501-312-8500
Fax 501-312-8505

Robert G. Kuhs
(SBN 160291)
rgkuhs@kuhsparkerlaw.com
**KUHS & PARKER**
1200 Truxtun Avenue, Suite 200
Bakersfield, CA 93301
Tel. (661) 322-4004
Fax (661) 322-2906

James L. Kauffman (*Pro Hac Vice*)
jkauffman@baileyglasser.com
**BAILEY & GLASSER, LLP**
1055 Thomas Jefferson Street, Suite 540
Washington, DC 20007
Tel. (202) 463-2101

Elizabeth Ryan (*Pro Hac Vice*)
eryan@baileyglasser.com
**BAILEY & GLASSER, LLP**
99 High Street, Suite 304
Boston, MA 02110
Tel. (617) 439-6730

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NERI URBINA and LEONILA URBINA on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>FREEDOM MORTGAGE CORPORATION,<br><br>Defendant. | Case No. 1:19-cv-01471-NONE-JLT<br><br>**STIPULATION AND ORDER RE-NOTICING DEFENDANT FREEDOM MORTGAGE CORPORATION'S MOTION TO DISMISS** |

Pursuant to Local Rules 144 and 230(f), the Parties present the Court for approval their stipulation re-noticing the date of Defendant Freedom Mortgage Corporation's pending Motion to Dismiss, (ECF No. 62), from March 23, 2021, to May 18, 2021.

In light of the foregoing, the Parties respectfully request that the Scheduling Conference currently set for March 29, 2021, be adjourned to a later date.

Counsel for Plaintiffs has conferred with counsel for Defendant and is authorized to represent that Defendant agrees with the request.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: March 5, 2021 | CARNEY BATES & PULLIAM PLLC |
|  | By: */s/ Lee Lowther* <br> Lee Lowther |
|  | Attorneys for Plaintiffs |
| Dated: March 5, 2021 | COZEN O'CONNOR |
|  | By:*/s/ Michael w. McTigue Jr.* <br> Michael W. McTigue Jr. |
|  | Attorneys for Defendant <br> FREEDOM MORTGAGE CORPORATION |

**ORDER**

In accordance with the parties' stipulation:

(1) the pending motion to dismiss (Doc. No. 62), is re-noticed for May 18, 2021; and

(2) the scheduling conference is continued to June 17, 2021, at 9:00 a.m. in Bakersfield, 510 19th Street, before Magistrate Judge Jennifer L. Thurston.

The parties are reminded that pursuant to the Standing Order Re Judicial Emergency issued February 3, 2020 (Doc. No. 39-1), the motion to dismiss will be decided on the papers. The hearing date chosen by the filing party serves only to set the opposition and reply filing deadlines.  A written decision will issue as soon as is practicable in light of the court's extraordinarily heavy caseload.  The parties are warned that civil motions and trials set before district judges in this district are likely to experience significant delays due to judicial resource shortages.  The parties are encouraged to reconsider consenting to magistrate judge jurisdiction over this action for all purposes.

IT IS SO ORDERED.

Dated:   **March 5, 2021**                               _Dale A. Drozd_____
                                                             UNITED STATES DISTRICT JUDGE