UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NERI URBINA, et al., | Case No. 1:19-cv-01471 NONE JLT |
| Plaintiffs, | **ORDER GRANTING STIPULATION TO STAY THE ACTION** |
| v. | (Doc. 73) |
| FREEDOM MORTGAGE CORPORATION, | |
| Defendant. | |

The parties have stipulated to stay the action to preserve resources while allowing them to engage in mediation. (Doc. 73). Good cause appearing, the Court **GRANTS** the stipulation and the action is **STAYED**. In particular, this includes staying the motions to dismiss (Doc. 62) and amend (Doc. 67).

Counsel **SHALL** file a joint report detailing the status of the settlement efforts **no later than May 8, 2021**. In that report, they **SHALL** indicate whether they believe the stay should be lifted and whether they are prepared to schedule the case on June 17, 2021.

IT IS SO ORDERED.

Dated:   **March 16, 2021**             **/s/ Jennifer L. Thurston**
                                        UNITED STATES MAGISTRATE JUDGE