UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NERI URBINA, et al.,<br><br>        Plaintiffs,<br><br>        v.<br><br>FREEDOM MORTGAGE CORPORATION,<br><br>        Defendant. | Case No. 1:19-cv-01471 NONE JLT<br><br>**ORDER AFTER NOTICE OF SETTLEMENT**<br>(Doc. 76) |

Counsel for parties report they have settled this matter and two others, all of which purport to represent the same interests of the same putative class. (Doc. 76 at 2) They indicate they intend to seek approval of the class settlement in *Reddick v. Freedom Mortgage Corporation*, No. 3:19-cv-02193 (N.D. TX). Id. If the class is certified in *Reddick*, this case and the third one, will be dismissed, because the plaintiffs are part of the class to be certified. Id. The parties suggest that this case should remain stayed pending the determination of the settlement and any appeal. Id. Though the Court declines to agree to this type of extensive stay at this time, the Court **ORDERS**:

    1.    The action remains STAYED;

///

///

///

1. 2. Within 90 days and every 90 thereafter, the parties SHALL file a joint status report.

IT IS SO ORDERED.

Dated: **May 13, 2021**              **/s/ Jennifer L. Thurston**
                                     CHIEF UNITED STATES MAGISTRATE JUDGE