UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NERI URBINA and LEONILA URBINA, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>FREEDOM MORTGAGE CORPORATION,<br><br>　　　　　　　Defendant. | Case No.: 1:19-cv-1471 NONE JLT<br><br>ORDER TO THE PARTIES TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO COMPLY WITH THE COURT'S ORDER |

　　　　Previously, the parties informed the Court this action and two related actions have settled, and requested the matter remain stayed. (Doc. 76.) The parties indicated they intended to seek approval of the proposed class settlement in *Reddick v. Freedom Mortgage Corporation*, No. 3:19-cv-02193. (*Id.* at 2.) Therefore, the Court approved the request for the action to remain stayed and ordered the parties to "file a joint status report" within 90 days on May 13, 2021. (Doc. 77 at 2.) To date, the parties have not filed a joint status report.

　　　　The Local Rules, corresponding with Fed. R. Civ. P. 11, provide: "Failure of counsel or of a party to comply with . . . any order of the Court may be grounds for the imposition by the Court of any and all sanctions . . . within the inherent power of the Court." Local Rule 110. "District courts have inherent power to control their dockets," and in exercising that power, a court may impose sanctions including dismissal of an action. *Thompson v. Housing Authority of Los Angeles*, 782 F.2d 829, 831

(9th Cir. 1986). A court may dismiss an action with prejudice, based on a party's failure to prosecute an action or failure to obey a court order, or failure to comply with local rules. *See, e.g. Ferdik v. Bonzelet*, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (dismissal for failure to comply with an order requiring amendment of complaint); *Malone v. U.S. Postal Service*, 833 F.2d 128, 130 (9th Cir. 1987) (dismissal for failure to comply with a court order); *Henderson v. Duncan*, 779 F.2d 1421, 1424 (9th Cir. 1986) (dismissal for failure to prosecute and to comply with local rules).

Accordingly, the parties are **ORDERED** to show cause **within 14 days** of the date of service of this order why sanctions should not be imposed for their failure comply with the Court's order or to file a joint status report.

IT IS SO ORDERED.

Dated:   **August 13, 2021**                    **/s/ Jennifer L. Thurston**
                                                CHIEF UNITED STATES MAGISTRATE JUDGE