# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NERI URBINA and LEONILA URBINA, on behalf of themselves and all others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>FREEDOM MORTGAGE CORPORATION,<br><br>  Defendant. | Case No.: 1:19-cv-1471 NONE JLT<br><br>ORDER DISCHARGING THE ORDER TO SHOW CAUSE DATED AUGUST 13, 2021<br><br>(Doc. 78) |

Previously, the Court ordered the parties to show cause why sanctions should not be imposed for their failure to comply with the Court's order to file a joint status report. (Doc. 78.) On August 13, 2021, the parties filed the required a status report. (Doc. 79.) Accordingly, the Court **ORDERS**: the order to show cause (Doc. 78) is **DISCHARGED**.

IT IS SO ORDERED.

Dated: __**August 18, 2021**__          _____ /s/ Jennifer L. Thurston
                                                            CHIEF UNITED STATES MAGISTRATE JUDGE