UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NERI URBINA and LEONILA URBINA, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>FREEDOM MORTGAGE CORPORATION,<br><br>        Defendant. | Case No.: 1:19-cv-1471-JLT-BAK (BAM)<br><br>ORDER DIRECTING THE CLERK OF COURT TO CLOSE THIS ACTION IN LIGHT OF THE NOTICE OF VOLUNTARY DISMISSAL<br><br>(Doc. 83) |

On August 18, 2021, Plaintiffs Neri Urbina and Leonila Urbina filed a "Notice of Dismissal with Prejudice," indicating dismissal of the action pursuant to Rule 41. (Doc. 83.) Pursuant to Rule 41(a)(1)(A), "the plaintiff may dismiss an action without a court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Because the defendants have not filed an answer, the action was automatically terminated. *Id.* Accordingly, the Clerk of Court **IS DIRECTED** to close this action.

IT IS SO ORDERED.

Dated: **January 21, 2022**

                                                                       UNITED STATES DISTRICT JUDGE